B 5 (Official Form  5) (12/07)

# UNITED STATES BANKRUPTCY COURT

|  |  |
|---|---|
| **IN RE** (Name of Debtor – If Individual:  Last, First, Middle)  *Sicel Technologies Inc* | **INVOLUNTARY PETITION** |

| | |
|---|---|
| **IN RE** (Name of Debtor – If Individual:  Last, First, Middle)  *Sicel Technologies Inc* | **ALL OTHER NAMES** used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)  *3800 Gateway Centre Blvd Suite 308 Morrisville, NC, 27560*  COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  *Wake*                              ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)                                                               ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✓ Chapter 7          ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| **Nature of Debts** (Check **one** box.) | **Type of Debtor** (Form of Organization) | **Nature of Business** (Check **one** box.) |
|---|---|---|
| Petitioners believe:  ☐  Debts are primarily consumer debts  ☑  Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)  ☑ Corporation (Includes LLC and LLP)  ☐ Partnership  ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)  _____ | ✓ Health Care Business  ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)  ☐ Railroad  ☐ Stockbroker  ☐ Commodity Broker  ☐ Clearing Bank  ☐ Other |

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐  Full Filing Fee attached  ☐  Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.  *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

1.   ☐  Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2.   ☐  The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a.  ☐  The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
or
b.  ☐  Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

# FILED

AUG 1 0 2010

STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

10:20  a.m.

B 5 (Official Form  5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x  _Glenn Seymour_ <br> Signature of Petitioner or Representative (State title) | x  _N/A_ <br> Signature of Attorney _____ Date |
| _Glenn Seymour_          _August 9, 2010_ <br> Name of Petitioner          Date Signed | <br> Name of Attorney Firm (If any) |
| Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity      _514 Darrell St_ <br> _Box 313_ <br> _Raleigh, NC 27605_ | <br> Address <br><br> Telephone No. |
| x  _Robert T. Crew_ <br> Signature of Petitioner or Representative (State title) | x  _N/A_ <br> Signature of Attorney _____ Date |
| _ROBERT T. CREW_      _9-AUG-2010_ <br> Name of Petitioner          Date Signed | <br> Name of Attorney Firm (If any) |
| Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity      _7908 TYLERTON DRIVE_ <br> _RALEIGH, NC 27613_ | <br> Address <br><br> Telephone No. |
| x  _Paul McDaniel_ <br> Signature of Petitioner or Representative (State title) | x  _N/A_ <br> Signature of Attorney _____ Date |
| _Paul McDaniel_ <br> Name of Petitioner          Date Signed | <br> Name of Attorney Firm (If any) |
| Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity      _300 Holly Branch Dr_ <br> _Holly Springs NC_ <br> _27540_ | <br> Address <br><br> Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| _Glenn Seymour  514 Darrell St Box 313 Raleigh, N.C. 27605_ | _Unreimbursed Expenses - Vacation Pay_ | _$ 6115.00_ |
| _ROBERT T. CREW  7908 TYLERTON DRIVE RALEIGH NC 27613_ | _VACATION PAY_ | _$ 1,452.12_ |
| _Paul McDaniel  300 Holly Branch Dr Holly Springs, NC 27540_ | _Vacation Pay_ | _4184.25_ |

Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

☐ continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Eric Engle_ (signature) | x _N/A_ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| _Eric Espenhahn_ | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | Address |
| Address of Individual _101 Parkview Cir._ | |
| Signing in Representative _Cary NC 27519_ | Telephone No. |
| Capacity | |
| x _Pamela A. McNulty_ (signature) | x _N/A_ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| _Pamela A. McNulty_   _9 Aug 10_ | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | Address |
| Address of Individual _1013 Newington Way_ | |
| Signing in Representative _Apex, NC 27502_ | Telephone No. |
| Capacity | |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Eric Espenhahn  _101 Parkview Cir. Cary NC 27519_ | Vacation Pay | 1719.46 |
| Pamela A. McNulty  _1013 Newington Way Apex NC 27502_ | Vacation Pay | 2675.32 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| | |
|---|---|
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |

_____ continuation sheets attached