## CERTIFICATE OF SERVICE

I, __Glenn Seymour__ (name), certify that I am, and at all times during the service of this subpoena was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on __August 10, 2010__ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
__Dr Charles Scarantino Chairman of Board of Directors, Sicel Technologies__

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__Aug 10, 2010__ (Date)     __Glenn Seymour__ (Signature)

Print Name: __Glenn Seymour__
Business Address: __3800 Gateway Centre Blvd Suite 308__
City: __Morrisville__   State: __NC__   Zip: __27560__

FILED
AUG 10 2010
STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

Rev. 12/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

In re:                                                                 **Bankruptcy Case No.**

**Sicel Technologies, Inc.**                                           10-06366-8-SWH

Debtor(s)*
Social Security No.
Employer Tax I.D. No.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, of the United States Code was filed against you on __August 10, 2010__ (date) in this court, requesting an order for relief under chapter __7__ of the Bankruptcy Code.

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

> Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina
> 1760-A Parkwood Blvd., Wilson, NC 27893

At the same time you must also serve a copy of your motion or answer on petitioners.

> Name and Address of Petitioners:
> Glenn Seymour, 514 Daniels Street, Box 313, Raleigh, NC 27605
> Robert T. Crew, 7908 Tylerton Drive, Raleigh, NC 27613
> Paul McDaniel, 300 Holly Branch Drive, Holly Springs, NC 27540
> Eric Espenhahn, 101 Parkvine Circle, Cary, NC 27519
> Pamela A. McNulty, 1013 Newington Way, Apex, NC 27502

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Stephanie J. Edmondson, Clerk of Court

By: _____
Deputy Clerk

__August 10, 2010__
Date

---

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Bankruptcy Rule 1005). For joint debtors, set forth both social security numbers.