**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE:

                CHAPTER 7 (Involuntary)

SICEL TECHNOLOGIES, INC.          CASE NO. 10-06366-8-SWH

    Debtor.

**EMERGENCY MOTION TO APPOINT GEORGE OLIVER
AS INTERIM TRUSTEE UNDER 11 USC 303(g)**

    NOW COMES, Glenn Seymour, Robert Crew, Paul McDaniel, Pam McNulty, and Eric Espenhahn, (the "Petitioning Creditors"), and file this Emergency Motion for the Appointment of George Oliver as Interim Trustee. In support of this Motion, the Petitioning Creditors state as follows:

    1.    The Petitioning Creditors filed an involuntary Chapter 7 petition for Sicel Technologies, Inc. ("Debtor") on August 10, 2010.

    2.    Debtor is a privately held Delaware Corporation headquartered in Morrisville, NC.

    3.    Debtor has spent approximately 10 years and approximately $45 Million developing the first U.S. Food and Drug Administration cleared wireless implantable sensors and surface dosimetry radiation measurement devices that are designed to assist clinicians in determining the actual dose of radiation being delivered to the tumor. These devices are implanted by physicians into cancer patients to monitor radiation treatments.

    4.    The devices developed by the Debtor are being advertised and used by cancer centers around the country. The physicians at these centers rely upon the Debtor and its employees for both product availability and product support.

    5.    The Debtor and its board of directors have been unable to raise sufficient funds to continue operating in a normal manner. The Debtor has furloughed all but two of its employees due to a lack of financing.

    6.    The Petitioning Creditors include former employees and officers of the Debtor.

    7.    The Petitioning Creditors believe the will soon have financing to resume operations and move the company forward, and that such financing will be unavailable except with the company in bankruptcy.

    8.    A Trustee and financing are immediately required to allow the debtor to resume operations before patients and physicians experience a shortage of support and supply and before the Debtor's key employees obtain new employment.

    9.    Undersigned counsel believes that George Oliver is well suited to serve as a Trustee in this case, as Mr. Oliver has experience both as a Chapter 7 trustee and counsel to

businesses in Chapter 11 and enjoys a well deserved reputation for the expeditious and effective management of his cases. Where an election held under 11 USC 702, the Petitioning creditors would likely carry the vote and George Oliver would likely be elected.

WHEREFORE, the movant requests that this court enter an order appointing George Oliver as interim trustee under 11 USC 303(g).

This the 13th day of August, 2010.

JANVIER LAW FIRM, PLLC

BY:   /s/ William P. Janvier
William P. Janvier, N.C.S.B. No. 21136
Samantha J. Younker, N.C.S.B. No. 40202
1101 Haynes Street, Suite 102
Raleigh, NC 27604
Telephone: (919) 582-2323
Facsimile: (919) 582-2301

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Motion was served as follows:

        Marjorie K. Lynch (via e-mail)
        Bankruptcy Administrator
        Suite 620, 434 Fayetteville Street Mall
        Raleigh, NC  27601

        Sicel Technologies, Inc.
        c/o Fred Hutchison, Registered Agent (via e-mail)

This the 13th day of August, 2010.

        JANVIER LAW FIRM, PLLC

        BY:   /s/ William P. Janvier
        William P. Janvier, N.C.S.B. No. 21136
        Samantha J. Younker, N.C.S.B. No. 40202
        1101 Haynes Street, Suite 102
        Raleigh, NC 27604
        Telephone: (919) 582-2323
        Facsimile: (919) 582-2301