Michelle Sweeney

6 Terry Lane

Plainview, NY  11803

516 938 5073

8-11-10

**FILED**

AUG 1 6 2010

STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

Dear North Carolina Court, **Wilson Division**:

 Please include me as a petitioning creditor on the Bankruptcy proceedings for Sicel Technology.

case number 10-06366

I am owed weeks of vacation and sick days as well as approximately 21,000 in commissions.

Thank you,

*[signature]*

Michelle Sweeney

**Wilson Division**

1760-A Parkwood Blvd,

Wilson, NC 27893-3564

(252) 237-0248