August 11, 2010

Ms. Amy Bissette
NC Bankruptcy Group /Wilson Div.
1760-A Parkwood Blvd
Wilson, NC  27893



Ms. Wilson,

Thank you for your information.

I would like to be included as a petitioning creditor in the Sicel Technologies involuntary bankruptcy challenge filed this week. According to my records, I accrued 233.83 vacation hours prior to the furlough which I believe equates to approx. $11,242.00.

Please keep me posted as to any information I need to provide to move this forward.

Regards,

Fred W. Alford III

1070 Walnut Bend Lane
Brentwood TN, 37027

615-772-8082
fwalford@yahoo.com

Case #
10-06366