

**SO ORDERED.**

**SIGNED this 30 day of November, 2010.**

                                      **Stephani W. Humrickhouse**
                                      **United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

**IN RE:**                                                                                           **CASE NO.**

**SICEL TECHNOLOGIES, INC.**                                            **10-06366-8-SWH**

      **DEBTOR**

## ORDER FOR RELIEF

      An involuntary petition was filed against Sicel Technologies, Inc. on August 10, 2010. At a hearing on the petitioning creditors' motion to appoint a trustee, counsel for Sicel Technologies contended that the involuntary petition was improperly before the court and requested dismissal. It appears, however, that the petitioning creditors and the company have consented to the entry of an order for relief under chapter 7 of the Bankruptcy Code. Additionally, the debtor provided notice in open court of its conversion of the case to one under chapter 11.

      Accordingly, it is hereby ordered that relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted, and notice of conversion to chapter 11 has been received in open court. It is further ordered that the debtor, by and through its officer(s), shall file with the court a list of creditors, Schedules, and Statements of Financial Affairs pursuant to Rule 1007(a)(2), Rule 1007(b)(1), and Rule 1007(c) of the Bankruptcy Rules within fourteen (14) days after the entry of this order.

      **SO ORDERED**.

**END OF DOCUMENT**