## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | **Case No. 10-06366-8-SWH** |
| | ) | |
| **SICEL TECHNOLOGIES, INC.** | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |

### DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. § 706(a)

COMES NOW Sicel Technologies, Inc. ("Sicel"), pursuant to § 706 of title 11 of the United States Code (the "Bankruptcy Code") shows to the Court the following:

1. An involuntary petition under chapter 7 was filed on August 10, 2010 against Sicel. Sicel consented with the petitioning creditors to the entry of an order for relief under chapter 7 at a hearing before the Court on November 7, 2010. An Order for Relief under chapter 7 of the Bankruptcy Code was subsequently entered in this case on November 30, 2010. See Docket Entry 48.

2. In open court at the hearing on November 30, 2010, Sicel stated to the Court that it was giving notice of its conversion of the case to one under chapter 11 and, upon the request of the Court, is confirming its intention by filing this Motion with the Court of its conversion to chapter 11.

3. Therefore, pursuant to § 706 Sicel hereby gives notice of the conversion of its case from one under chapter 7 to one under chapter 11 of the Bankruptcy Code.

4. This case has not been previously converted and Sicel is therefore, eligible for relief under chapter 11.

187552.1

WHEREFORE, Sicel prays that the Court issue an order converting this case from one under chapter 7 to one under chapter 11 and for such other relief as the Court deems just and proper.

This, the 30th day of November, 2010.

By: /s/ Katherine J. Clayton
Katherine J. Clayton
North Carolina Bar No: 33070
BROOKS, PIERCE, McLENDON,
  HUMPHREY & LEONARD, L.L.P.
P.O. Box 1800
Raleigh, NC 27602
Tel: (919) 839-0300
Fax: (919) 839-0304
E-mail:  kclayton@brookspierce.com

186866

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the below date the undersigned served a copy of the foregoing either by electronic means or by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service as noted below:

Bankruptcy Administrator                           (via CM/ECF)


Bill Janvier, Esq.                                        (via CM/ECF)



This the 30th day of November, 2010.

By: /s/ Katherine J. Clayton
Katherine J. Clayton
North Carolina Bar No: 33070
BROOKS, PIERCE, McLENDON,
   HUMPHREY & LEONARD, L.L.P.
P.O. Box 1800
Raleigh, NC 27602
Tel: (919) 839-0300
Fax: (919) 839-0304
E-mail:  kclayton@brookspierce.com

187552.1