**VAN–021** Order to Appear for Examination – Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Sicel Technologies, Inc.
3800 Gateway Center Blvd.
Suite 308
Morrisville, NC 27560

TaxID: 56–1760398

CASE NO.: 10–06366–8–SWH

DATE FILED: August 10, 2010

CHAPTER: 11

ORDER TO APPEAR FOR EXAMINATION

THE COURT HEREBY DESIGNATES AND ORDERS, pursuant to Rule 9001(5), Federal Rules of Bankruptcy Procedure, **Paul McDaniel**, to appear and submit to examination, on behalf of the debtor, at the 11 U.S.C. § 341(a) meeting of creditors scheduled for :

DATE:   Thursday, January 6, 2011
TIME:   10:00 AM
PLACE:  U.S. Bankruptcy Court
        USBA Creditors Meeting Room, Two Hannover Square, Room 610, 434 Fayetteville Street Mall, Raleigh, NC 27601

The designee is further ordered to file schedules and statements and to do any other act required by the Code, the Federal Rules of Bankruptcy Procedure and the local rules of this court which is required by the debtor.

DATED: December 1, 2010

Stephani W. Humrickhouse
United States Bankruptcy Judge